Rickey GEORGE, Appellant,

v.

David MILLER; Tammy Sanders; Archie Westmoreland; Does, all county employees that signed affidavits against plaintiff Rickey George, Appellees.

No. 11–2731.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 9, 2012.

Filed: March 14, 2012.

Rickey George, Letona, AR, pro se.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Rickey George appeals from the order of the District Court[1] dismissing his pro se complaint. After careful de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we affirm for the reasons stated by the District Court. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.